UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRAIG CAMPBELL<br><br>    Plaintiff,<br><br>    v.<br><br>THE COUNTY OF WASHINGTON, ILLINOIS, and LEN CAMPBELL<br><br>    Defendants. | Case No. 22-cv-603-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff Craig Campbell Motion for Leave to File First Amended Complaint (Doc. 33).

In general, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). "There is a presumption that a plaintiff should have an opportunity to test a claim on the merits," *Lee v. N.E. Ill. Reg'l Commuter R.R. Corp.*, 912 F.3d 1049, 1052 (7th Cir. 2019), so "the court should freely give leave when justice so requires," Fed. R. Civ. P. 15(a)(2).

Finding that no party objected to Plaintiff's motion as indicated by Plaintiff's motion, the Court GRANTS Plaintiff's Motion (Doc. 33). Plaintiff is ORDERED to file its Amended Complaint within 7 days entry of this Order.

**IT IS SO ORDERED.**
**Dated: March 21, 2023**

                                                      **/s/ J. Phil Gilbert**
                                                      **J. PHIL GILBERT**
                                                      **DISTRICT JUDGE**